FILED
CLERK, U.S. DISTRICT COURT
JUN 15 2011
CENTRAL DISTRICT OF CALIFORNIA
BY          DEPUTY

Priority
Send
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD BUCHANA,<br><br>Plaintiff,<br><br>vs.<br><br>TMSI LOGISTICS, and DOES 1 through 20, inclusive,<br><br>Defendants. | **CASE NO.: CV 10-9610-SVW-(Ex)**<br><br>*[Assigned for all purposes to Hon. Stephen V. Wilson, Courtroom 6]*<br><br>**[PROPOSED] JUDGMENT IN FAVOR DEFENDANT TRI-STAR MANAGEMENT, INC dba TMSi'S**<br><br>**F.R.C.P Rule 56; Local Rule 56-1**<br><br>*(Filed concurrently with Defendant's Notice of Motion and Motion, Memorandum of Points and Authorities, Statement of Uncontroverted Facts and Conclusions of Law, Compendium of Evidence, and Proposed Order)*<br><br>Complaint Filed: October 22, 2010<br><br>Hearing Date: April 18, 2011<br>Time: 1:30 p.m.<br>Courtroom: 6 |

This action came on for hearing before the Court, on April 18, 2011, Honorable Stephen V. Wilson, District Judge presiding, on a Motion for Summary Judgment, and the evidence presented having been fully considered, the issues having been duly heard and a decision having been duly rendered,

**IT IS HEREBY ORDERED AND ADJUDGED** that judgment is entered in favor of Defendant Tri-Star Management, Inc dba TMSi and against Plaintiff Ronald Buchana, that the action be dismissed on the merits and that Defendant is entitled to its costs ~~and fees in the amount of $~~

Dated: June 14, 2011

_____
HONORABLE STEPHEN V. WILSON